# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MOSCOU,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiff JAMES MOSCOU brings this suit to force Defendant U.S. DEPARTMENT OF JUSTICE to comply promptly with Plaintiff's FOIA request for a single DOJ employee's emails from a three-week time period containing nine keywords. DOJ has failed to issue a determination and provided an estimated completion date that is nearly two years away.

## PARTIES

2. Plaintiff JAMES MOSCOU is an award-winning feature and investigative journalist. MOSCOU, through his counsel, made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**AUGUST 8, 2022 FOIA REQUEST**

6. On August 8, 2022, MOSCOU submitted a FOIA request to DOJ for "email records of Brett Talley, Deputy Assistant Attorney General (Office of Legal Policy) in the Department of Justice from September 16, 2018, to October 6, 2018." MOSCOU provided the following keywords for search in both body and subject line of the emails: Brett; Kavanaugh; BK; Ford; Ramirez; Strategy; Investigation; Confirmation; and/or FBI. A true and correct copy of the FOIA request is attached as Exhibit 1.

7. On August 15, 2022, DOJ assigned reference number FOIA-2022-01658 to the request. A true and correct copy of the email is attached as Exhibit 2.

8. On September 19, 2022, and September 26, 2022, MOSCOU asked DOJ for a status update and an estimated date of completion for the request. A true and correct copies of the emails are attached as Exhibit 3.

9. On September 26, 2022, MOSCOU received an acknowledgement letter from DOJ. A true and correct copy of the August 25, 2022 acknowledgement letter along with the email transmission of the letter from September 26, 2022 is attached as Exhibit 4.

10. On September 30, 2022, DOJ provided an estimated completion date of July 11, 2024. A true and correct copy of the email is attached as Exhibit 5.

11. As of the date of this filing, DOJ has not issued a determination and has produced no records responsive to this request.

**COUNT I – AUGUST 8, 2022 FOIA REQUEST**
**DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

12. The above paragraphs are incorporated by reference.

13. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

14. Defendant DOJ is a federal agency subject to FOIA.

15. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

16. Defendant DOJ has failed to issue a determination within the statutory deadline.

### COUNT II – AUGUST 8, 2022 FOIA REQUEST
### DOJ'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

17. The above paragraphs are incorporated by reference.

18. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

19. Defendant DOJ is a federal agency subject to FOIA.

20. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

21. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

### COUNT III – AUGUST 8, 2022 FOIA REQUEST
### DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

22. The above paragraphs are incorporated by reference.

23. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

24. Defendant DOJ is a federal agency subject to FOIA.

25. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

26. Defendant DOJ has failed to produce records responsive to the request.

- 4 -

**WHEREFORE,** Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records responsive to the requests;

iii. order Defendant to produce all non-exempt requested records or portions of records promptly;

iv. enjoin Defendant from withholding non-exempt public records under FOIA;

v. award Plaintiffs attorneys' fees and costs; and

vi. award such other relief the Court considers appropriate.

Dated:  October 7, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JAMES MOSCOU

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com